## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| C.W. MATTHEWS CONTRACTING ) | NO. 1:21-CV-0165-MLB |
| COMPANY, INC. ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL WITH PREJUDICE

In accordance with and subject to the terms of the Mutual Release Agreement executed by the parties, Plaintiff Canal Insurance Company dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

This 12th day of March, 2021.

>  /s/ Jeremy U. Littlefield
> Jeremy U. Littlefield
> Georgia Bar No. 141539
> jlittlefield@robbinsfirm.com
> Robbins Ross Alloy Belinfante Littlefield LLC
> 500 14th Street, N.W.
> Atlanta, Georgia 30318
> Telephone:  (678) 701-9381\
> Fax: (404) 856-3255
>
> *Attorney for Canal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all attorneys of record.

In addition, a copy will be delivered via electronic mail to counsel for C.W. Matthews Contracting Company, Inc., as follows:

    William R. Johnson WRJ@mijs.com

    John L. Skelton JLSkelton@mijs.com

This 12th day of March, 2021.

                                        */s/ Jeremy U. Littlefield*
                                        Jeremy U. Littlefield